■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS BRINSON, Appellant. (Appeal No. 2.) [629 NYS2d 688] —Judgment unanimously modified on the law and as modified affirmed in accordance with same Memorandum as in People v Brinson (216 AD2d 900 [decided herewith]). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Kidnapping, 2nd Degree.) Present—Pine, J. P., Lawton, Wesley, Callahan and Boehm, JJ.